# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

**Phyllis S. Sklar,**

        **Plaintiff,**

vs.                             C.A. No.: 0:18-53-TLW

**Pods Enterprises, LLC; Pack and Load Services, Inc.; Carolina Pack "n" Load, LLC, Unirisc, Inc.**

        **Defendants.**

**STIPULATION OF DISMISSAL**

The Plaintiff and Defendants have agreed to end with prejudice all claims that Plaintiff has asserted in the matter herein captioned. THEREFORE IT IS STIPULATED, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, by the undersigned counsel for the parties that all claims Plaintiff has asserted against Defendants are HEREBY ENDED WITH PREJUDICE AND FOREVER BARRED, the parties to bear their own respective fees and costs.

| SMITH MOORE LEATHERWOOD, LLP | FOSTER LAW FIRM, L.L.C. |
|---|---|
| s/Robert T. Green | s/Chad L. Bacon |
| Robert D. Moseley, Jr., Fed ID # 5266 | Chad L. Bacon Fed ID #69841 |
| Robert T. Green, Fed ID #11326 | P.O. Box 2123 (29602) |
| Post Office Box 87 | 601 E. McBee Avenue, Suite 104 |
| Greenville, SC 29602-0087 | Greenville, SC 29602 |
| (864) 751-7600 / Fax: (864) 751-7800 | Telephone: (864) 242-6200 |
| rob.moseley@smithmoorelaw.com | Fax: (864) 233-0290 |
| robert.green@smithmoorelaw.com | cbacon@fosterfoster.com |
| Attorneys for Defendants PODS Enterprises, LLC and Unirisc, Inc. | Attorneys for Plaintiff Phyllis Sklar |

s/Ronald Barton Diegel
Ronald Barton Diegel
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC 29260
Attorney for Pack and Load Services, Inc.

August 30, 2018